WYSONG, Plaintiff-Appellant, v. F. E. GOODING AMUSEMENT Co., et al., Defendants-Appellees.

Ohio Appeals, Second District, Montgomery County.

No. 1816.  Decided January 26, 1945.

Pickrel, Schaeffer & Ebeling, Dayton, for défendant-appellee, The F. E. Gooding Amusement Co., and for the motion.

D. H. Wysong, Dayton, for plaintiff-appellant, and contra the motion.

See also 42 **Abs** 19 and 224.

BY THE COURT:

Submitted on motion of appellee to dismiss the appeal on questions of law for the reason that appellant has failed to file assignments of error and briefs within rule. Motion sustained.

HORNBECK and GEIGER, JJ., concur.
BARNES, P. J., not participating.